UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH R. HARDTKE,

           Plaintiff,

  v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

           Defendant.

CASE NO. C17-5375 BAT

**ORDER GRANTING PLAINTIFF'S MOTION FOR EAJA FEES AND EXPENSES**

Plaintiff moves for Equal Access to Justice Act ("EAJA") fees and expenses. Dkt. 17. The Commissioner concedes that her position was not substantially justified but asks the Court to reduce the award because plaintiff's brief contained too lengthy a recitation of the medical evidence and of plaintiff's testimony. Dkt. 18.

In its order reversing and remanding, the Court noted that plaintiff's counsel had expended too much energy quoting doctors' opinions seriatim and too little energy specifying why that medical evidence demonstrated harmful error. Dkt. 14, at 5–6. The Court's observation did not imply, however, that the Court will micromanage counsel's advocacy particularly where, as here, plaintiff received excellent results and counsel therefore deserves the full compensatory fee. *See Sorenson v. Mink*, 239 F.3d 1140, 117 (9th Cir. 2001). Although the Commissioner recommends reducing EAJA fees by 27.8% because 5 pages of plaintiff's brief were superfluous,

ORDER GRANTING PLAINTIFF'S MOTION FOR EAJA FEES AND
EXPENSES - 1

the Court notes that it is common for shorter briefs to take longer to write. In fact, the Court's order of remand suggests that plaintiff's counsel should have expended *more* time (not less time) on a more forceful legal analysis of the medical evidence.

The Court **GRANTS** plaintiff's motion for 28 U.S.C. § 2412 fees and costs, including the additional hours expended by plaintiff's counsel to reply to the Commissioner's opposition. Dkt. 17. The Court therefore awards plaintiff EAJA fees of **$8,140.64** and expenses of **$5.70**. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be sent to plaintiff's attorney Eitan Kassel Yanich at his address: Eitan Kassel Yanich, PLLC, 203 Fourth Ave. E., Suite 321, Olympia, WA 98501.

DATED this 24th day of May, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge